# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**ANITA SAWYER,**

    **Plaintiff,**

**v.**                             **Civil Case No. 2:21-CV-00186-RAJ-LRL**

**MAK ENTERPRISES, LLC**
**d/b/a/ BEACH AUTO SALES, and**
**FREEDOM AUTO FINANCE LLC,**

    **Defendants.**


## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Anita Sawyer ("Plaintiff") and Defendants MAK Enterprises, LLC d/b/a Beach Auto Sales and Freedom Auto Finance LLC (collectively "Defendants") stipulate to dismissal with prejudice of this matter with each party to pay its own costs and attorney's fees regarding Plaintiff's claims against Defendants. Therefore, dismissal without a court order is proper.


Dated: February 1, 2023

                        Respectfully submitted,


| | |
|---|---|
| /s/ *Kevin A. Dillon* | /s/ *Padraic K. Keane* |
| Thomas D. Domonoske (VSB No. 35434) | Padraic K. Keane (VSB No. 88876) |
| Consumer Litigation Associates, P.C. | Jordan Coyne LLP |
| 763 J. Clyde Morris Boulevard, Suite 1-A | 10201 Fairfax Boulevard, Suite 520 |
| Newport News, VA 23607 | Fairfax, VA 22030 |
| 757-930-3660 | 703- 246-0900 |
| Fax: 757-930-3662 | Fax: 703-246-0900 |
| tom@clalegal.com | p.keane@jocs-law.com |
| | |
| Kevin A. Dillon (VSB No.93475) | |
| Consumer Litigation Associates, P.C. | *Counsel for Defendants* |

626 East Broad Street, Suite 300
Richmond, VA 23219
804-905-9900
Fax: 757-930-3662
kevin@clalegal.com


*Counsel for Plaintiff*